IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-384-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KIJUAN HAASSAN SHARP, ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion, through counsel, for reconsideration of the order detaining defendant pending trial.

A review of the record reveals defendant waived his original detention hearing. Therefore, the court finds it appropriate to reopen the matter of detention. 18 U.S.C. § 3142; <u>United States v. Clark</u>, 865 F.2d 1433, 1437 (4th Cir. 1989)("When a defendant who has waived an immediate detention hearing later requests a hearing, one must be held within the procedural requirements of section 3142.")

Therefore, the undersigned hereby reopens the issue of detention. This matter is hereby referred to United States

Magistrate Judge Kimberly A. Swank to address the issue of detention.

This 15th day of June 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26