UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:19CR-384-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| KIJUAN HAASSAN SHARP, ) | |
| Defendant. ) | |

Defendant is in the custody of the United States Marshal. From evidence presented at the June 30, 2020, hearing in this matter, it appears that Defendant is in need of urgent dental treatment that cannot be provided at the facility at which he is detained and that Defendant's mother has scheduled Defendant for a surgical consultation to be conducted at no expense to the Government. In its discretion, the court hereby ORDERS the United States Marshal, or his designee, to transport Defendant to Nu Image Surgical & Dental Implant Center, 7920 ACC Blvd., Suite 130, Raleigh, North Carolina 27617, on Thursday, July 9, 2020, to arrive no later than 1:30 p.m. for his appointment with Dr. Amandip Kamoh. Defendant shall remain in the custody of the United States Marshal.

This 1st day of July 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge