IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-384-FL-1
No. 5:23-CV-456-FL

| | | |
|---|---|---|
| KIJUAN HAASSAN SHARP, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Kimberly A. Swank, recommending that petitioner's motion to vacate and to supplement under 28 U.S.C. § 2255 (DE 165, 168, 200), be denied, and the government's motion to dismiss (DE 176) be granted. No objections to the M&R have been filed, and the extended time within which to make objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, petitioner's motions are DENIED, the government's motion is GRANTED, and this matter is DISMISSED for the reasons stated in the M&R. A certificate of appealability is DENIED, where the applicable standard has not been met. See 28 U.S.C. § 2253(c). The clerk of court is directed to close the case.

SO ORDERED, this the 6th day of February, 2026.

LOUISE W. FLANAGAN
United States District Judge